THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JULIEN BORDE,

                 Plaintiff,

      v.

MICROSOFT CORPORATION REDMOND,

                 Defendant.

Case No. 2:26-cv-01221-KKE

**STIPULATED MOTION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S MASTER COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

NOTE ON MOTION CALENDAR:
MAY 5, 2026

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Julien Borde ("Plaintiff"), and Defendant Microsoft Corporation Redmond ("Microsoft") (collectively, the "Parties") hereby agree and stipulate that Microsoft's deadline to answer or otherwise respond to Plaintiff's Master Complaint for Damages and Injunctive Relief shall be extended to **June 19, 2026**.

This request is made in good faith and not for purpose of delay.  This stipulation and order shall not operate as an admission or waiver of any factual allegation or legal conclusion.

/ / /

/ / /

/ / /

STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANT'S DEADLINE TO RESPOND TO
PLAINTIFF'S MASTER COMPLAINT FOR DAMAGES - 1
(Case No. 2:26-cv-01221-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

SO STIPULATED this 5th day of May, 2026.

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Julien Borde*
Julien Borde (We Are Future)
69, Chemin Des Iles, Les Canardieres
91250 Morsang Sur Seine, France
Phone:  +33745941279
Email:  julienborde3d@hotmail.fr

*Plaintiff, pro se*

By: *s/ Molly Terwilliger*
Molly A. Terwilliger, WSBA #28449
T. Ray Ivey, WSBA #55683
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  molly.terwilliger@morganlewis.com
            ray.ivey@morganlewis.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANT'S DEADLINE TO RESPOND TO
PLAINTIFF'S MASTER COMPLAINT FOR DAMAGES - 2
(Case No. 2:26-cv-01221-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**ORDER**

IT IS SO ORDERED.


DATED: May 6, 2026



_Kymberly K. Evanson_

Kymberly K. Evanson
United States District Judge



_Presented By:_


MORGAN, LEWIS & BOCKIUS LLP


By: _s/ Julien Borde_                          By: _s/ Molly. Terwilliger_
Julien Borde (We Are Future)                   Molly A. Terwilliger, WSBA #28449
69, Chemin Des Iles, Les Canardieres           T. Ray Ivey, WSBA #55683
91250 Morsang Sur Seine, France                1301 Second Avenue, Suite 3000
Phone:  +33745941279                           Seattle, WA 98101
Email:  julienborde3d@hotmail.fr                Phone: (206) 274-6400
                                               Email:  molly.terwilliger@morganlewis.com
_Plaintiff, pro se_                                       ray.ivey@morganlewis.com


                                               _Attorneys for Defendant_


STIPULATED MOTION AND ORDER TO EXTEND
DEFENDANT'S DEADLINE TO RESPOND TO
PLAINTIFF'S MASTER COMPLAINT FOR DAMAGES - 3
(Case No. 2:26-cv-01221-KKE)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401