UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIEN BORDE,<br>                    Plaintiff(s),<br><br>        v.<br><br>MICROSOFT CORPORATION,<br>                    Defendant(s). | CASE NO. C26-1221-KKE<br><br>ORDER GRANTING MOTION FOR<br>EXTENSION OF TIME TO FILE<br>OPPOSITION |

This matter is before the Court on *pro se* Plaintiff Julien Borde's motion for an extension of time to file his opposition to Defendant Microsoft Corporation's motion to dismiss, which is currently noted for July 16, 2026. Dkt. No. 21. Borde seeks an additional 45 days to file his opposition to the motion to dismiss. *Id.* Microsoft filed a response indicating it does not oppose the request, and asks for a reciprocal extension of 30 days to file its reply. Dkt. No. 22. The Court GRANTS Borde's motion and additionally GRANTS Microsoft's request for additional time. Dkt. No. 21. Borde shall file his opposition to Microsoft's motion to dismiss (Dkt. No. 19) no later than August 24, 2026. Microsoft shall file its reply no later than September 23, 2026. The Clerk shall re-note the motion to dismiss (Dkt. No. 19) for September 23, 2026.

Dated this 16th day of July, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION - 1